IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM L. FAIRFAX | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-2160 |
| MICHAEL J. ASTRUE ET AL. | : | |

**O R D E R**

**AND NOW**, this ‌‌18th‌‌ day of November, 2010, upon consideration of Governor Edward Rendell and the Pennsylvania Office of Vocational Rehabilitation's Motion to Dismiss the Complaint (ECF No. 20), and Federal Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 21), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**